UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LANDON LUCKERT,

        Plaintiff,

  v.

J. BRANNON,

        Defendant.

                                     /

No. C 13-4426 EDL (PR)

**ORDER DIRECTING DEFENDANT TO FILE SUPPLEMENTAL EXHIBIT**

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging that defendant used excessive force against him. Defendant has filed a motion for summary judgment. Plaintiff has filed oppositions, and defendant has filed a reply. Plaintiff has also filed several motions which are currently pending before the court.

In order to assist the court in its consideration of the dispositive motion, defendant is directed to file **within seven days** of the filing date of this order a supplemental exhibit including a declaration and any supporting documents clarifying whether, on December 30, 2011, plaintiff was a pretrial pre-arraignment detainee or a pretrial post-arraignment detainee.

**IT IS SO ORDERED.**

Dated: July  8 , 2015.

                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge

P:\PRO-SE\EDL\CR.13\Luckert4426.suppexh.wpd