UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL LANDON LUCKERT,<br><br>    Plaintiff,<br><br>    v.<br><br>J. BRANNON, et al.,<br><br>    Defendants. | Case No. 13-cv-04426-EDL (NJV)<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

This case was set for a video settlement conference on November 18, 2015. Plaintiff's institution, however, failed to connect with the settlement conference. The court was therefore unable to hold the settlement conference. Accordingly, this case is set for a telephonic scheduling conference at 1:00 p.m., P.S.T., on December 15, 2015, to set another date for a settlement conference.

The parties shall attend the scheduling conference by dialing 888-684-8852 and entering access code 1868782. Plaintiff's institution is requested to provide Plaintiff's telephonic presence at this scheduling conference. The institution is directed to contact this court if it has any questions.

**IT IS SO ORDERED**.

Dated: December 7, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge