United States District Court
Northern District of California

1

2

3

4             UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6                    EUREKA DIVISION

7

8  MICHAEL LANDON LUCKERT,              Case No.  13-cv-04426-EDL (NJV)

        Plaintiff,

9

        v.                             **ORDER RESETTING SCHEDULING
10                                      CONFERENCE**

11  J. BRANNON, et al.,

        Defendants.

12

13

14      The scheduling conference set in this case for 1:00 p.m. on December 15, is HEREBY

15  RESET for **10:00 a.m. P.S.T.** on the same date.  All other details concerning the scheduling

16  conference remain unchanged.

17      **IT IS SO ORDERED**.

18  Dated: December 14, 2015

19                                      _____

20                                      NANDOR J. VADAS
                                        United States Magistrate Judge
21

22

23

24

25

26

27

28