United States District Court

Northern District of California

1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6                                 EUREKA DIVISION

7

8    MICHAEL LANDON LUCKERT,                   Case No.  13-cv-04426-EDL (NJV)

          Plaintiff,
9                                              **ORDER RE SETTLEMENT
          v.                                   CONFERENCE IN PRO SE PRISONER
10                                             EARLY SETTLEMENT PROGRAM**

11   J. BRANNON, et al.,

          Defendants.
12

13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15        You are hereby notified that a settlement conference is scheduled in this case for 10:00

16   a.m. PST on January 25, 2016.  The settlement conference will be conducted via video

17   conferencing, with Plaintiff appearing from the Federal Correction Complex in Coleman, Florida,

18   Defendants appearing from Courtroom D on the 15th floor of the United States Courthouse in San

19   Francisco, and the Court appearing from McKinleyville.

20        Lead trial counsel shall appear at the settlement conference with the parties and persons

21   having full authority to negotiate and settle the case.  A person who needs to call another person

22   not present before agreeing to any settlement does not have full authority.  To the extent that such

23   consultations are necessary, they must be made in advance of the settlement conference.

24        Personal attendance of a party representative will rarely be excused by the Court, and then

25   only upon separate written application demonstrating substantial hardship served on opposing

26   counsel and lodged as early as the basis for the hardship is known.

27        Any request to continue the settlement conference shall state the reason therefor and be

28   submitted in writing as soon as possible well in advance of the scheduled conference date.

1  Requests to vacate the settlement referral must be made to the referring Judge, not Magistrate

2  Judge Vadas.

3       The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this

4  case settles prior to the date set for the settlement conference.

5       **IT IS SO ORDERED**.

6

7  Dated:  December 17, 2015

8                          _____

9                          NANDOR J. VADAS
                        United States Magistrate Judge

United States District Court
Northern District of California

2