UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LANDON LUCKERT,

    Plaintiff,

  v.

J. BRANNON, et al.,

    Defendants.

Case No.  13-cv-04426-EDL   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on January 25, 2016, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff Michael Luckert.

    (  )  Warden or warden's representative

    (  )  Office of the California Attorney General

    ( X )  Other: Mary Ellyn Gormley, Alameda County Counsel.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X)  The case has been completely settled.  A telephonic status conference is set for March 22, 2016 at 1:00 pm.

    (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1   ( ) The parties are unable to reach an agreement at this time.

2   **IT IS SO ORDERED.**

3   Dated: January 25, 2016



4   _____
5   NANDOR J. VADAS
    United States Magistrate Judge