UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LANDON LUCKERT,

        Plaintiff,

  v.

J. BRANNON,

        Defendant.
                                   /

No. C 13-4426 EDL (PR)

**ORDER DISMISSING ACTION**

    This case was referred to Magistrate Judge Vadas for Court-ordered settlement proceedings. On January 25, 2016, the parties appeared before Magistrate Judge Vadas for a settlement conference. The Court has been notified that the case has been completely settled. Accordingly, this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated: February 24, 2016.

*[signature]*
ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.13\Luckert4426.settled.wpd