UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL LANDON LUCKERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. BRANNON, et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-04426-EDL  (NJV)<br><br>**ORDER RESCHEDULING STATUS CONFERENCE**<br><br>Re: Dkt. No. 93 |

The telephonic status conference set in this case for 1:00 p.m. PST on March 22, 2016, is HEREBY RESCHDULED for 10:00 a.m. PST on the same day.  The parties shall attend the status conference by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated:  March 15, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge